| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jesse James White Jr. |
| Debtor 2 (Spouse, if filing) | Marilynn Coleman White |
| United States Bankruptcy Court for the: | Northern District of Alabama |
| Case number | 18-71279-JHH |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account:  4  7  0  3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | 12/19/2018 | (9) | $ 1,088.41 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | Jesse | James | White, Jr. | | Case number (*if known*) | 18-71279-JHH |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Frederick S. Hecht                              Date  06/04/2019
Signature

Print:  Frederick    S.    Hecht                    Title  Attorney
        First Name  Middle Name  Last Name

Company:  Bleecker, Brodey and Andrews

Address:  9247 N. Meridian Street, Suite 101
          Number           Street
          Indianapolis            IN      46260
          City                    State   ZIP Code

Contact phone  317-448-6690              Email  bankruptcy@bbanda.c

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page **2**

## Certificate of Service

       This is to certify that a true and accurate copy of this pleading was served on all creditor and all parties of interest by electronic media or placing a copy in the U.S. Mail on June 5, 2019, at the addresses listed below: United States Trustee, via email at *ustpregion10.in.ecf@usdoj.gov*; Debtor's Attorney, Kathryn Lila Bettis, via email at *notices@bettisllc.com*; Chapter 13 Trustee, C. David Cottingham, at 701 22nd Avenue, Suite 4, Tuscaloosa, AL 35402; Debtors, Jesse James White, Jr and Marilynn Coleman White, at 3001 47th Ave East, Tuscaloosa, Al 35405.

By: /s / Frederick S. Hecht  
Date: June 5, 2019

05/31/19

JESSIE J WHITE                                                          Account Number  ████████

3001 47TH AVE E

TUSCALOOSA        AL 35405

Collateral

| | | | | |
|---|---|---|---|---|
| Original Balance | 60000.00 | P&I Payment | 650.00 | Next Due Date | 09/01/17 |
| Current Balance | 27884.05 | Escrow Payment | 96.50 | Last Payment Date | 05/17/19 |
| Escrow Balance | -2035.41 | Opt Ins Payment | 0.00 | Current Interest Rate | 4.50000 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | -928.00 | Total Payment | 746.50 | | |

History from 05/01/09 through 05/31/19  Beginning statement balance   29508.16    Ending statement balance    27884.05

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 12/24/18 | 12/24/18 | 05/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | -1236.50 | 0.00 | 18.00 FL |
| 01/04/19 | 01/04/19 | 05/01/17 | Cash Receipt | 880.45 | 0.00 | 0.00 | 0.00 | 0.00 | 880.45 N |
| 01/24/19 | 01/24/19 | 05/01/17 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/04/19 | 01/24/19 | 05/01/17 | Cash Receipt | 142.79 | 0.00 | 0.00 | 0.00 | 0.00 | 142.79 N |
| 02/20/19 | 02/20/19 | 05/01/17 | Admin Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/28/19 | 02/28/19 | 05/01/17 | Ins Enmasse | -1088.41 | 0.00 | 0.00 | -1088.41 | 0.00 | 0.00 |
| 03/07/19 | 03/07/19 | 05/01/17 | Payment | 144.22 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 FN |
| 03/18/19 | 03/12/19 | 05/01/17 | Cash Receipt | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 N |
| 04/12/19 | 04/12/19 | 05/01/17 | Cash Receipt | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 N |
| 05/09/19 | 05/09/19 | 05/01/17 | Cash Receipt | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 N |
| 05/20/19 | 05/17/19 | 05/01/17 | Cash Receipt | 296.29 | 0.00 | 0.00 | 0.00 | 0.00 | 296.29 N |
| 05/21/19 | 05/21/19 | 06/01/17 | Miscellaneous | -0.00 | 539.34 | 110.66 | 96.50 | 0.00 | -746.50 N |
| 05/22/19 | 05/17/19 | 08/01/17 | Miscellaneous | 0.00 | 1084.77 | 215.23 | 193.00 | 0.00 | -1493.00 N |

**B=** *Buydown/Subsidy*      **F=** *Fee Payment*      **L=** *Late Charges*      **N=** *Unapplied*      **C=** *Uncollected*



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 2604 | | | |
| | | | | 3465 | | | |
| | | | | 1583.25 | | | |
| | | | | 2744.43 | | | |
| | | | | 1281.4 | | | |
| | | | | 760.02 | | | |
| | | | | 1675 | | | |
| | | | | 1359.2 | | | |
| | | | | 13196 | | | |
| | | | | 3155.63 | | | |
| | | | | 2327.44 | | | |
| | | | | 2621 | | | |
| | | | | 1710.53 | | | |
| | | | | 1677.28 | | | |
| | | | | 767.65 | | | |
| | | | | 765.51 | | | |
| | | | | 2250.54 | | | |
| | | | | 3570 | | | |
| | | | | 3843.54 | | | |
| | | | | 1192.25 | | | |
| | | | | 1688 | | | |
| | | | | 1316.7 | | | |
| | | | | 1137.81 | | | |
| | | | | 908 | | | |
| | | | | 1519.96 | | | |
| | | | | 1605.16 | | | |
| | | | | 3918.71 | | | |
| | | | | 3396 | | | |
| | | | | 1026.6 | | | |
| 175411.28 | 1461514703 | 10 | 12/19/2018 | 1088.41 | JESSIE J WHITE | Q1106513 | 4739 |
| | | | | 657 | | | |
| | | | | 502.18 | | | |
| | | | | 1956.08 | | | |
| | | | | 2215 | | | |