| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Jesse James White, Jr. |
| Debtor 2 (Spouse, if filing) | Marilynn Coleman White |
| United States Bankruptcy Court for the: | Northern District of Alabama |
| Case number | 18-71279-JHH |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 0 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | 09/23/2019 | (8) | $ 9,562.74 |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

Case 18-71279-JHH13    Doc    Filed 11/22/19    Entered 11/22/19 11:38:42    Desc Main
Document      Page 1 of 5

| Debtor 1 | Jesse James White, Jr. | Case number (if known) 18-71279-JHH |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Frederick S. Hecht
Signature

Date 11/22/2019

Print: Frederick S. Hecht
First Name  Middle Name  Last Name

Title: Attorney

Company: Bleecker, Brodey and Andrews

Address: 9247 N. Meridian Street, Suite 101
Number  Street
Indianapolis  IN  46260
City  State  ZIP Code

Contact phone: 317-574-0700

Email: bankruptcy@bbanda.c

## Certificate of Service

       This is to certify that a true and accurate copy of this pleading was served on all creditor and all parties of interest by electronic media or placing a copy in the U.S. Mail on November 22, 2019, at the addresses listed below: Debtor's Attorney, Kathryn Lila Bettis, via email at *notices@bettisllc.com*; Chapter 13 Trustee, C. David Cottingham, at 701 22nd Avenue, Suite 4, Tuscaloosa, AL 35402; Debtors, Jesse James White, Jr and Marilynn Coleman White, at 3001 47th Ave East, Tuscaloosa, AL 35405.

By: /s / Frederick S. Hecht
Date: November 22, 2019



# Tax Status Report - BSISPECLM
## BSI FINANCIAL 18290

| | | |
|---|---|---|
| **Loan Number:** | **Borrower Name:** JESSIE J WHITE | **Situs Address:** |
| **Contract Number** | **Service Type:** B | 1708 MONTROSE DR |
| **Vendor Payee:** **Agency:** | **Type:** COUNTY | TUSCALOOSA, AL 354053651 |

TUSCALOOSA COUNTY

**Tax ID:** 63-36-01-02-3-002-003.023  **Hit Code:**

**Last Month to Redeem:**  **Severity Code:** 0

| Annual Tax Information | Installment Breakdown | Comments: |
|---|---|---|
| Annual Tax Year: 2019 | $1,105.19  12/31/2019 | |
| Annual Base Amt: $1,105.19 | | |

## Current Year Information

**Payable to:** TUSCALOOSA COUNTY

714 GREENSBORO AVE #124
TUSCALOOSA, AL 35401-1872

**Payment Posted Through Date:** 09/09/2019
**Amount to pay:**  **Good Through:**
**Amount to pay:**  **Good Through:**

| Tax Year | Installment | Base Tax Amount | Delq. Date | Status | Bill Number | Type |
|---|---|---|---|---|---|---|
| 2019 | 1 | $1,105.19 | 12/31/2019 | OPEN | | |

**Comments:**
2019 TAXES OPEN. POSTMARK: YES SOURCE: MOLISA.

## Prior Year Information

**Payable to:** TUSCALOOSA COUNTY

714 GREENSBORO AVE #124
TUSCALOOSA, AL 35401-1872

**Year at Risk:** 2018  **Payment Posted Through Date:** 09/09/2019
**Amount to pay:** $8,457.55  **Good Through:** 10/31/2019
**Amount to pay:**  **Good Through:**

| Year(s) | Status | 1st Instal. | Status | 2nd Instal. | Status | 3rd Instal. | Status | 4th Instal. | Base Amt. | Cert. # | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 0 | $1,002.19 | | | | | | | $1,002.19 | | |
| 2014 | 0 | $972.32 | | | | | | | $972.32 | | |
| 2015 | 0 | $972.31 | | | | | | | $972.31 | | |
| 2016 | 0 | $972.32 | | | | | | | $972.32 | | |
| 2017 | 0 | $962.02 | | | | | | | $962.02 | | |
| 2018 | 0 | $1,066.05 | | | | | | | $1,066.05 | | |

**Comments:**
BK: YES  FUNDS: MTG  TAXSALE: NO.  LDR: DETERMINED WHEN BK DISMISSED.
BK INFO N/A.  ALL PRIORS PD THRU 2012.
POSTMARK: YES SOURCE: MOLISA.

**Order Date:** 08/29/2019
**Extract Date:** 09/11/2019



**Tax Status Report - BSISPECLM**
**BSI FINANCIAL 18290**

| | | |
|---|---|---|
| **Loan Number:** ▮▮▮▮▮ | **Borrower Name:** JESSIE J WHITE | **Situs Address:** |
| **Contract Number:** ▮▮▮▮▮ | **Service Type:** B | 1708 MONTROSE DR |
| **Vendor Payee:** ▮▮▮▮▮ **Agency:** ▮▮▮▮▮ | **Type:** COUNTY | TUSCALOOSA, AL 354053651 |

TUSCALOOSA COUNTY

**Tax ID:** **Hit Code:**
63-36-01-02-3-002-003.023

**Last Month to Redeem:** **Severity Code:** 0

| Annual Tax Information | Installment Breakdown | Comments: |
|---|---|---|
| Annual Tax Year: 2019 | $1,105.19  12/31/2019 | |
| Annual Base Amt: $1,105.19 | | |

### Current Year Information

**Payable to:** TUSCALOOSA COUNTY
▮▮▮▮▮
714 GREENSBORO AVE #124
TUSCALOOSA, AL 35401-1872

**Payment Posted Through Date:** 09/09/2019
**Amount to pay:** **Good Through:**
**Amount to pay:** **Good Through:**

| Tax Year | Installment | Base Tax Amount | Delq. Date | Status | Bill Number | Type |
|---|---|---|---|---|---|---|
| 2019 | 1 | $1,105.19 | 12/31/2019 | OPEN | | |

**Comments:**
2019 TAXES OPEN. POSTMARK: YES SOURCE: MOLISA.

### Prior Year Information

**Payable to:** TUSCALOOSA COUNTY
▮▮▮▮▮
714 GREENSBORO AVE #124
TUSCALOOSA, AL 35401-1872

**Year at Risk:** 2018  **Payment Posted Through Date:** 09/09/2019
**Amount to pay:** $8,457.55  **Good Through:** 10/31/2019
**Amount to pay:** **Good Through:**

| Year(s) | Status | 1st Instal. | Status | 2nd Instal. | Status | 3rd Instal. | Status | 4th Instal. | Base Amt. | Cert. # | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 0 | $1,002.19 | | | | | | | $1,002.19 | | |
| 2014 | 0 | $972.32 | | | | | | | $972.32 | | |
| 2015 | 0 | $972.31 | | | | | | | $972.31 | | |
| 2016 | 0 | $972.32 | | | | | | | $972.32 | | |
| 2017 | 0 | $962.02 | | | | | | | $962.02 | | |
| 2018 | 0 | $1,066.05 | | | | | | | $1,066.05 | | |

**Comments:**
BK: YES  FUNDS: MTG  TAXSALE: NO.  LDR: DETERMINED WHEN BK DISMISSED.
BK INFO N/A.  ALL PRIORS PD THRU 2012.
POSTMARK: YES SOURCE: MOLISA.

**Order Date:** 08/27/2019
**Extract Date:** 09/11/2019