Fill in this information to identify the case:

Debtor 1: Jesse J White Jr
Debtor 2 (Spouse, if filing): Marilynn C White
United States Bankruptcy Court for the: Northern District of Alabama
Case number: 18-71279-JHH13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 0 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | 12/19/2019 | (9) $ 1,215.35 |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |
| 11. Other. Specify:_____ | | (11) $ |
| 12. Other. Specify:_____ | | (12) $ |
| 13. Other. Specify:_____ | | (13) $ |
| 14. Other. Specify:_____ | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Jesse J White Jr | Case number *(if known)* 18-71279-JHH13 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Mark Baker
Signature

Date 6 / 4 / 2020

Print: Mark Baker
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

Address: 3550 Engineering Drive, Suite 260
Number    Street
Peachtree Corners, GA 30092
City    State    ZIP Code

Contact phone ( 404 ) 474 – 7149

Email mbaker@mtglaw.com

---

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page **2**

Case 18-71279-JHH13    Doc    Filed 06/04/20    Entered 06/04/20 08:16:37    Desc Main
Document    Page 2 of 4

# Display/History

System Date: 5/13

**Message:** END OF HISTORY

| | | | | | |
|---|---|---|---|---|---|
| ACCT | | Screen | Display INS | Order R | Date 05/13/20 |
| Print? N | Balances? N | Loan Type 1 | Sub Type 0 | State Cd 1 | |
| Name WHITE | Investor | | Warning Cd 0 | Lockout Cd 0 | Stop Cds 007 |

### Dates

| | |
|---|---|
| Paid To Date | 04/01/18 |
| Next Due Date | 05/01/18 |
| Last Payment Date | 04/09/20 |
| Audit Date | 12/24/18 |

### Balances

| | |
|---|---|
| Principal Balance | 23462.89 |
| Escrow Balance | -10843.60 |
| Unap/Cd | 60.27/ + |

### End of Year and Misc Info

| | |
|---|---|
| YTD Interest | 372.87 |
| Taxes | 0.00 |
| Loss Draft Record | N |
| BKR Status | BKR |

### Uncollected Balances

| | | | | | |
|---|---|---|---|---|---|
| Uncoll Late Charge | -455.00 | Uncoll Optional Products | 0.00 | INT | 0.00 |
| FEES | -978.00 | P&I Adv | 0.00 Uncoll Escrow Shortage | | 0.00 |

| Date | Tran | PdtoDt | Tran Amt | Principal | Interest | Escrow |
|---|---|---|---|---|---|---|
| 121919 | E10 | 120117 | -1215.35 PAYEE = 4024.04821 | | TELLER 32022 | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail:**
Jesse James White, Jr
3001 47th Ave East
Tuscaloosa, AL 35405

Marilynn Coleman White
3001 47th Ave East
Tuscaloosa, AL 35405

**Via CM/ECF electronic service:**
Kathryn Lila Bettis
Bettis & Associates LLC
1320 22nd Avenue
Tuscaloosa, AL 35401

C David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

Dated: June 4, 2020

Respectfully submitted,

/s/ Mark A. Baker
Mark A. Baker, ASB 2459-E57M
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com